HONORABLE FRANKLIN D. BURGESS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JULIE WRIGHT,<br><br>  Plaintiff,<br><br>  vs.<br><br>SHOPKO STORES, INC., a Corporation, and MICHAEL MAURICE,<br><br>  Defendants. | C04-5595FDB<br><br>ORDER EXTENDING DEADLINES |

This matter comes before the Court on the parties' Stipulated Motion for Extension of Expert Disclosure Deadlines ("Stipulated Motion"). In the Stipulated Motion, the parties seek extension of the deadline for disclosure of expert reports, rebuttal experts and objections to opposing parties' experts. The parties have represented to the Court that these extensions will not have any impact on any of the later deadlines in the case schedule, including the trial date and the deadlines for filing trial-related pleadings. Based on the Stipulated Motion and the records and files herein, the Court finds good cause to grant the extension.

ORDER RE EXTENSION OF DEADLINES
(C04-5595FDB) - 1

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

Accordingly, it is hereby ORDERED that:

1. The deadline for Plaintiff to present expert reports in compliance with the Federal Rules of Civil Procedure will be August 5, 2005.

2. Defendants' rebuttal expert disclosures, including any reports required by such disclosures, will be due on or before September 5, 2005.

3. Objections to opposing parties' experts will be due on or before October 5, 2005.

4. Depositions of such experts, if necessary, may occur at mutually agreeable times after the discovery cut-off, but not less than 60 days before the date of trial.

5. All other dates in the Order Setting Trial and Related Dates shall remain unaffected.

DATED this 5th day of August 2005.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Jointly Presented by:

JACKSON LEWIS LLP

By: /s/ Aaron A. Roblan
    Aaron A. Roblan, WSBA No. 30784
    Nick M. Beerman, WSBA No. 30860
    Wayne W. Hansen, WSBA No. 8912
    Attorneys for Defendant ShopKo Stores, Inc.

ORDER RE EXTENSION OF DEADLINES
(C04-5595FDB) - 2

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

LAW OFFICE OF THOMAS J. OWENS

By: /s/ Thomas J. Owens
Thomas J. Owens, WSBA No. 23868
Attorney for Michael Maurice

DAVIES PEARSON, P.C.

By: /s/ Peter Petrich
Peter T. Petrich, WSBA No. 8316
Attorney for the Plaintiff Julie Wright

ORDER RE EXTENSION OF DEADLINES
(C04-5595FDB) - 3

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

# DECLARATION OF SERVICE

The undersigned declares under the penalty of perjury, under the laws of the State of Washington, that on July 22, 2005, I caused the foregoing pleading to be served on the following via first class mail and facsimile:

>Peter T. Petrich
>Davies Pearson, P.C.
>P.O. Box 1657
>Tacoma, WA  98401
>253-572-3052
>Attorneys for Plaintiff

>Thomas J. Owens
>Law Office of Thomas J. Owens
>1001 Fourth Avenue Plaza, Suite 4400
>Seattle, Washington 98154
>Attorney for Michael and Lori Maurice

DATED this 22nd day of July, 2005.

_____/s/_____

ORDER RE EXTENSION OF DEADLINES
(C04-5595FDB) - 4