HONORABLE FRANKLIN D. BURGESS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JULIE WRIGHT,<br><br>    Plaintiff,<br><br> vs.<br><br>SHOPKO STORES, INC., a Corporation, and MICHAEL MAURICE and LORI MAURICE, husband and wife and the marital community composed thereof,<br><br>    Defendants. | C04-5595FDB<br><br>ORDER EXTENDING DISCOVERY DEADLINES |

This matter comes before the Court on the parties' Stipulated Motion for Extension of Discovery Deadlines ("Stipulated Motion"). In the Stipulated Motion, the parties seek extension of the deadline for the depositions of Kristin Rivas and Colleen Hicks beyond the discovery cut-off but at least 90 days before trial. The parties have represented to the Court that these extensions will not have any impact on any of the later deadlines in the case schedule, including the trial date and the deadlines for filing trial-related pleadings. Based on the Stipulated Motion and the records and files herein, the Court finds good cause to grant the extension.

Accordingly, it is hereby ORDERED that:

(PROPOSED) ORDER EXTENDING DISCOVERY DEADLINES
(C04-5595FDB) - 1

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

1. The deadline for the depositions of Kristin Rivas and Colleen Hicks is extended beyond August 15, 2005. .

2. The depositions of Kristin Rivas and Colleen Hicks, if any, shall be accomplished at least 90 days before trial.

3. All other dates in the Order Setting Trial and Related Dates shall remain unaffected.

DATED this 16th day of August 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Jointly Presented by:

JACKSON LEWIS LLP

By: /s/ Nick M. Beermann
Aaron A. Roblan, WSBA No. 30784
Nick M. Beermann, WSBA No. 30860
Wayne W. Hansen, WSBA No. 8912
Attorneys for Defendant ShopKo Stores, Inc.

LAW OFFICE OF THOMAS J. OWENS

By: /s/ Thomas J. Owens
Thomas J. Owens
Attorney for Michael and Lori Maurice

DAVIES PEARSON, P.C.

By: /s/ Peter Petrich
Peter Petrich
Attorney for the Plaintiff Julie Wright

(PROPOSED) ORDER EXTENDING DISCOVERY DEADLINES
(C04-5595FDB) - 2

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

# DECLARATION OF SERVICE

The undersigned declares under the penalty of perjury, under the laws of the United States, that on August 11, 2005, I caused the foregoing pleading to be served on the following via first class mail and facsimile:

>Peter T. Petrich
>Davies Pearson, P.C.
>P.O. Box 1657
>Tacoma, WA  98401
>253-572-3052
>Attorneys for Plaintiff
>
>Thomas J. Owens
>Law Office of Thomas J. Owens
>1001 Fourth Avenue Plaza, Suite 4400
>Seattle, Washington 98154
>Attorney for Michael and Lori Maurice

DATED this 11th day of August, 2005.

/s/ Andrea Wallis

(PROPOSED) ORDER EXTENDING DISCOVERY DEADLINES (C04-5595FDB) - 3

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404